```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CLEATUS MILTON,                         :       CIVIL ACTION
                                        :       NO. 13-219
    Petitioner,                         :
                                        :
  v.                                    :
                                        :
MICHAEL HARLOW, et al.,                 :
                                        :
    Respondents.                        :

## O R D E R

**AND NOW,** this **20th** day of **August, 2013,** it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 9) is **APPROVED and ADOPTED;**

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 11) are **OVERRULED;**

(4) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED and DISMISSED with prejudice;**

(5) A Certificate of Appealability shall not issue; and

(4) The Clerk of Court shall mark this case **CLOSED.**

    **AND IT IS SO ORDERED.**

                           /s/ Eduardo C. Robreno
                           **EDUARDO C. ROBRENO,    J.**